# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PAUL ALLDREDGE, | Case No. 17-cv-05042-HSG (PR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JERRY BROWN, et al., | |
| Respondents. | |

This action is dismissed because this court lacks authority to entertain a second or successive petition until the court of appeals authorizes such a petition to be filed.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/30/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge